UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY KUMAR DEV,<br><br>        Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>        Respondent. | No.  2:18-cv-01972 KJM AC<br><br><u>ORDER TO SHOW CAUSE</u> |

     Petitioner is a state inmate proceeding through retained counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  On September 13, 2018, this case was stayed to allow petitioner to exhaust state court remedies pursuant to <u>Rhines v. Weber</u>, 544 U.S. 269 (2005). ECF No. 20.  In the same order, petitioner was directed to file a motion to lift the stay and an amended § 2254 petition within 30 days from the California Supreme Court's order resolving petitioner's unexhausted claims.  ECF No. 20 at 2.  A review of the docket in this case indicates that petitioner has not filed any such motion during the five years in which this case has been administratively stayed.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within 21 days from the date of this order why the stay of this action should not be lifted due to petitioner's exhaustion of state court remedies or his failure to diligently pursue such remedies.

DATED: October 12, 2023

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE