1

2

3

4

5

6

7                              UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    AJAY KUMAR DEV,                              No.  2:18-cv-1972 KJM AC P

11                    Petitioner,

12           v.                                    ORDER

13    JOE LIZARRAGA,

14                    Respondent.

15

16          Petitioner is a state prisoner proceeding through counsel in this habeas corpus action filed

17    pursuant to 28 U.S.C. § 2254.  On January 3, 2024, the court ordered petitioner to file (1) an

18    annual status report on January 6, 2025, and every 12 months thereafter, informing the court

19    whether petitioner has exhausted his state court remedies, and (2) a motion to lift the stay in this

20    case within thirty days from the date of any order by the California Supreme Court.  ECF No. 26.

21    The deadline to file the annual status report has passed and petitioner has not filed a report.

22          Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within 21 days

23    from the date of this order why the stay of this action should not be lifted due to petitioner's

24    failure to comply with this court's orders, exhaustion of state court remedies, or failure to

25    diligently pursue such remedies.  The filing of the required status report and/or, if appropriate,

26    motion to lift the stay within the time provided shall serve to discharge this order to show cause.

27    DATED: February 20, 2025

28

                                                   _____
                                                   ALLISON CLAIRE
                                                   UNITED STATES MAGISTRATE JUDGE