UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJAY KUMAR DEV,<br><br>Petitioner,<br><br>v.<br><br>JOE LIZARRAGA,<br><br>Respondent. | No. 2:18-cv-01972 KJM AC<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254. On February 20, 2025, the court ordered petitioner to show cause why the stay of this action should not be lifted due to plaintiff's failure to comply with this court's orders, exhaustion of state court remedies, or failure to diligently pursue such remedies. Petitioner filed a response to the order to show cause on March 8, 2025, that included a copy of the Yolo County Superior Court docket demonstrating that state habeas proceedings remain pending. Based on this response, the court will discharge the order to show cause and continue the stay of this case.

**Per the courts prior order, petitioner's counsel is reminded to submit an annual status report to this court by January 6, 2026, and every 12 months thereafter**, indicating whether petitioner has exhausted his claims in state court. See ECF No. 26.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued on February 20, 2025 (ECF No. 27) is hereby discharged.

2. The stay of this case remains in effect pending petitioner's exhaustion of state court remedies.

3. Petitioner is directed to file an annual status report on January 6, 2026, and every 12 months thereafter, informing the court whether petitioner has exhausted his state court remedies.

4. Within 30 days from the date of any order by the California Supreme Court, petitioner shall file a motion to lift the stay of this case.

5. The motion to lift the stay of this case shall be accompanied by a motion for leave to amend and a proposed first amended habeas petition containing all of the exhausted claims for relief.

DATED: March 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE