UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AJAY KUMAR DEV,

      Petitioner,

      v.

JOE LIZARRAGA,

      Respondent.

No.  2:18-cv-1972 KJM AC P

ORDER

Petitioner is a state prisoner proceeding through counsel in this habeas corpus action filed pursuant to 28 U.S.C. § 2254.  On January 3, 2024, the court ordered petitioner to file (1) an annual status report on January 6, 2025, and every 12 months thereafter, informing the court whether petitioner has exhausted his state court remedies, and (2) a motion to lift the stay in this case within thirty days from the date of any order by the California Supreme Court.  ECF No. 26. After petitioner's counsel failed to file a status report on January 6, 2025, the court issued an order to show cause why the stay in this action should not be lifted due to petitioner's failure to comply with this court's orders, exhaustion of state court remedies, or failure to diligently pursue such remedies.  ECF No. 27.  Once petitioner's counsel filed a status report, ECF No. 28, the court issued an order discharging the order to show cause and directed petitioner to file an annual status report on January 6, 2026 and every 12 months thereafter.  ECF No. 29.  Petitioner's counsel has once against missed the deadline to file the annual status report.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause within 21 days from the date of this order why the stay of this action should not be lifted due to petitioner's failure to comply with this court's orders, exhaustion of state court remedies, or failure to diligently pursue such remedies.  The filing of the required status report and/or, if appropriate, motion to lift the stay within the time provided shall serve to discharge this order to show cause.

DATED: January 20, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE